HENRY J, BEHNKE, PLAINTIFF-PETITIONER, v. NEW JERSEY HIGHWAY AUTHORITY, ET ALS., DEFENDANTS-RESPONDENTS.

See same case below: 25 *N. J. Super.* 149.

*Mr. Douglas V. Aitken* for the petitioner.

March 9, 1953.   Granted.

LEOLA ARRINGTON, PETITIONER-RESPONDENT, v. BENJAMIN GOLDSTEIN, ET ALS., DEFENDANTS-PETITIONERS.

See same case below: 23 *N. J. Super.* 103.

*Mr. Edward E. Kuebler* and *Mr. Isidor Kalisch* for the petitioners.

*Messrs. Frankel & Frankel* for the respondent.

March 9, 1953.   Denied.